IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:13-CR-0181 |
| Plaintiff, | : | JUDGE ECONOMUS |
| v. | : | |
| JOSEPH M. CHIAVAROLI, | : | |
| Defendant | : | |

ORDER DISMISSING CHIAVAROLI FROM INDICTMENT

Upon oral motion of the United States, based upon entry of a Plea Agreement to an Information filed in the above entitled case, Defendant Joseph M. Chiavaroli is hereby dismissed as a defendant as to the related Indictment filed in case No. 2:13-cr-183.

DATE: 8-15-13

PETER C. ECONOMUS
DISTRICT COURT JUDGE