UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

    **Plaintiff,**

    **v.**                                       2:13–cr–183(1)

**Amer Ahmad,**                      Judge Michael H. Watson

    **Defendant.**

## ORDER

The Court has received an oral motion from the United States Attorney in this case to unseal the arrest warrant of Defendant.  The motion is **GRANTED IN PART**.  The fact that an arrest warrant has been issued is unsealed.  The content of the arrest warrant and petition for arrest shall remain sealed.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**