IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : 2:13-cr-183(2) |
| | : JUDGE WATSON |
| MOHAMMED NOURE ALO, | : |
| Defendant. | : |

FINAL ORDER OF FORFEITURE

WHEREAS, on November 19, 2014, the Court entered an Consent Order of Forfeiture (Doc. 72), ordering Defendant, Mohammed Noure Alo to forfeit to the United States a sum of money equal to $123,622.50 in United States Currency in the form of a forfeiture money judgment pursuant to 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(c) and 21 U.S.C. §853(p);

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

WHEREAS, on November 12, 2014, this Court held Defendant, Mohammed Noure Alo's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on November 19, 2014, issued its Judgment (Doc. 73) ordering Defendant, Mohammed Noure Alo to forfeit to the United States the property described herein;

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That the Defendant, Mohammed Noure Alo shall forfeit to the United States the following:

Any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of conviction, including but not limited to a sum of money equal to $123,622.50[1] in United States currency in the form of a forfeiture money judgment.

## SUBSTITUTE ASSETS

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and 28 U.S.C. §2461(c), Defendant Mohammed Noure Alo shall forfeit substitute property, up to the value of the $123,622.50 forfeiture money judgment if, as a result of any act or omission of Defendant Mohammed Noure Alo the forfeitable property so described, or any portion thereof:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty.

It is the intent of the United States, pursuant to 21 U.S.C. §853(p) as incorporated by 18 U.S.C. §982(b), to seek forfeiture of any property of Defendant Mohammed Noure Alo up to the value of the $2,202,259.91 forfeiture money judgment.

---

1 The Forfeiture money judgment shall be paid jointly and severally with Defendants Ahmad, Hampton and Chiavaroli.

2. That the United States District Court retain jurisdiction in the case for the purpose of enforcing this Order.

3. That the United States may, at any time, move pursuant to Rule 32.2(e) to amend this order of forfeiture to substitute property having a value not to exceed $123,622.50 to satisfy the forfeiture money judgment in whole or part.

ORDERED this 5th day of February, 2015.

_____
HONORABLE MICHAEL H. WATSON
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


 s/Douglas W. Squires
DOUGLAS W. SQUIRES (0073524)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Douglas.Squires @usdoj.gov